UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:23-cr-335-MSS-JSS

HEBEI SHENGHAO IMPORT AND EXPORT CO. LTD.,
QINGSHUN LI,
QINGSONG LI,
CHUNZHOU CHEN, and
CHUNHUI CHEN

## MOTION TO UNSEAL

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, moves this court to unseal the Indictment filed in the instant case on October 3, 2023 at 12:00 a.m. The United States requests to redact the names of prosecutors and foreperson from the Indictment.

The United States initially requested the sealing of this filing to safeguard from public scrutiny certain sensitive information which would come to light were the proceedings to become public knowledge. Unsealing the Indictment is warranted in order for the United States to disclose the Indictment and arrest warrant to government personnel, including personnel of a foreign government, as necessary to assist in the apprehension and extradition of the defendant to the United States.

For all other purposes, the Indictment in this case shall remain sealed.

Dated this 2nd day of October, 2023.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: _____
Michael Leath
Special Assistant United States Attorney
United States Attorney No. 217
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6168
Facsimile: (813) 274-6358
E-mail: Michael.Leath@usdoj.gov